RECEIVED

APR 16 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.   4:19-cr-073 |
| v. | ) | |
| | ) | INDICTMENT |
| | ) | |
| VANCE ALLAN MISEL, | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | 18 U.S.C. § 2252(b)(2) |
| Defendant. | ) | 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of Child Pornography)**

On or about February 17, 2016, in the Southern District of Iowa, the defendant, VANCE
ALLAN MISEL, did knowingly possess one (1) or more items, to wit:   Samsung SM-G928V
(Galaxy S6 Edge) containing visual depictions that had been shipped and transported in interstate
and foreign commerce, and which were produced using materials which had been so shipped and
transported, by any means including by a computer, the producing of said visual depictions
involving the use of minors, that is, persons under the age of eighteen (18) years, prepubescent
minors and minors who had not attained 12 years of age, engaged in sexually explicit conduct as
defined in Title 18, and United States Code, Section 2256(2), said visual depictions being of such
conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

**THE GRAND JURY FINDS:**

## <u>NOTICE OF FORFEITURE</u>

If the defendant, VANCE ALLAN MISEL, is convicted of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

a.     Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b.     Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a Samsung SM-G928V (Galaxy S6 Edge).

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____

Debra L. Scorpiniti
Assistant United States Attorney